UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JONAS SOSA, SR.                                                                                    PLAINTIFF

v.                                                                         CIVIL ACTION FILE NO.: 3:02 CV-483-S

FRENCHBURG JOB CORPS and
VALERIE SCOTT, DIRECTOR                                                                    DEFENDANTS

### ORDER

This matter coming before the Court upon motion of the United States to dismiss the Amended Complaint in the above-styled action based upon Rule 12(b) (1), (2), (4), (5), and (6), and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Amended Complaint in the above-styled action is DISMISSED without prejudice as to the United States for Phillip Stevens, Myrtle White, Michael Walker, and Bob Smith and through its agency, Frenchburg Job Corps.

Dated this the 18th day of November, 2003.

CHARLES R. SIMPSON, III
JUDGE, U.S. DISTRICT COURT

ENTERED
NOV 20 2003
JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK

cc: counsel of record

Submitted by:

David L. Huber
Assistant U. S. Attorney
510 W. Broadway, 10th floor
Louisville, Kentucky 40202
(502)582-5505